UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

R.K., a minor, by V.K., his next friend, parent,
and natural guardian,

    Plaintiff,

v.                                                          Case No. 5:10-cv-677-Oc-10TBS

CITRUS COUNTY SCHOOL BOARD;
CITRUS COUNTY SCHOOL DISTRICT; and
HEATHER IVANYI, individually,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendant Citrus County School Board's Motion for Rule 35 Examination of Plaintiff. (Doc. 26). Plaintiff has filed a response in opposition. (Doc. 33).

This action for money damages is brought by V.K. on behalf of his minor son, R.K. for physical and emotional injuries allegedly sustained by R.K. when he was place in a "cool down room" by his teacher Heather Ivanyi. R.K., is a developmentally disabled minor child with severe autism. He is non-verbal and has very limited communication skills.

Defendant moves the Court for an Order requiring Plaintiff, R.K. to present for an independent mental examination before Dr. Robert Scott Benson. Plaintiff objects on numerous grounds including that R.K. cannot reliably submit to testing due to his cognitive impairment and communication deficits and that the examination "poses a significant risk of harm that greatly outweighs any discernable benefit." Doc. 33 at 2.

The parties' papers do not provide the Court enough information to make an informed decision. It seems that the parties' experts would be in a better position to determine what, if any, type of examination would be appropriate based on R.K.'s impairments.

Accordingly, Defendant Citrus County School Board's Motion for Rule 35 Examination of Plaintiff (Doc. 26) is DENIED without prejudice. The parties are directed to have their experts confer and see if they can reach agreement on this issue. If the parties, with the assistance of the experts, are unable to reach agreement, either party may file an appropriate motion and the Court will conduct an evidentiary hearing at which the parties will be expected to present fact and expert testimony on this issue so that the Court can make an informed decision.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on December 2, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
All Counsel